LUZERNE A. WILLIAMS, as Surviving Partner of the Firm
    of CASE, WILLIAMS & COMPANY, Appellant, *v.* JOHN
    MAGEE et al., as Executors of GEORGE J. MAGEE, Deceased,
    Respondents, Impleaded with Others.

*Williams* v. *Magee*, 76 App. Div. 512, affirmed.
(Argued December 3, 1903; decided December 18, 1903.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 25, 1902, affirming a judgment in favor of defend-

ants entered upon a dismissal of the complaint by the court on trial at Special Term.

*William S. Jenny* for appellant.

*Frank Hiscock* for respondents.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ.